THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re

JOYCE A HENRY,

                    Debtor(s).

Case No. 123-43197-NHL
Chapter 13

-----------------------------------------------------------x

## NOTICE OF RESET SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors (the "341 Meeting") for the above-captioned case, scheduled for **October 4, 2023 at 10:30 AM** will be conducted **by telephone conference**.

All parties shall appear by phone at the 341 Meeting in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

    Meeting Dial-in No: **(877) 951-2142**, and

    when prompted enter the Participant Code: **2423369** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in no later than the Designated Meeting Time, and to keep their lines muted until the Debtor's case is called. Thank you for your anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

No later than one week prior to the 341 Meeting, the Debtor or their Counsel must provide the Trustee with an unredacted imaged copy of the debtor's photo identification **and** proof of the debtor's social security number ("Identification Documents"). The Identification Documents must be provided to the trustee via the Trustee's secure Epiq portal in accordance with current applicable procedures. Contact info@ch13edny.com to request access to the secure Epiq portal.

At the 341 Meeting, the Debtor must testify under oath. If the oath will be administered to the Debtor in person by their Counsel, then, immediately after the 341 Meeting, Counsel must provide the Trustee with a completed Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form.

Alternatively, if the Debtor will not be present with their Counsel in person, then the oath will be administered by the Trustee's office. In such situations, Counsel must submit to the Trustee, contemporaneous with the Identification Documents, a declaration confirming that: (1) the attorney met with the debtor in-person or by video conference; and (2) the attorney examined and verified the debtor's original identification documents and social security number.

Date: September 20, 2023                      Chapter 13 Trustee
                                                             */s/ Krista M. Preuss*
                                                             100 Jericho Quadrangle, Ste. 127
                                                             Jericho, NY 11753